No. 79–5150. Rascon v. United States; and

No. 79–5152. Lagunas-Jaramillo v. United States. C. A. 9th Cir. Certiorari denied. Reported below: No. 79–5150, 603 F. 2d 227; No. 79–5152, 603 F. 2d 226.

No. 79–5187. Decoster v. United States. C. A. D. C. Cir. Certiorari denied.

No. 79–5239. Johnson v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 79–5240. Love v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–5348. Delvecchio v. United States. C. A. 1st Cir. Certiorari denied.

No. 79–5352. Cloudy v. Drake; and

No. 79–5366. Cloudy v. Drake. C. A. 7th Cir. Certiorari denied. Reported below: 605 F. 2d 560.

No. 79–5355. Mahler v. Weiss. C. A. D. C. Cir. Certiorari denied.

No. 79–5358. Oliver v. Wainwright, Secretary, Department of Offender Rehabilitation of Florida. C. A. 5th Cir. Certiorari denied.

No. 79–5359. Jack v. Koehler, Warden. C. A. 6th Cir. Certiorari denied.

No. 79–5362. Herrera v. Romero. C. A. 10th Cir. Certiorari denied.

No. 79–5363. Lashway v. New York. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.